UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-168-H

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEXANDER SWIM | ORDER TO SEAL |

On motion of the Defendant, Alexander Swim, and for good cause shown, it is hereby ORDERED that the **[DE21]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 8th day of January, 2015.

Malcolm J. Howard
Senior United States District Judge